United States District Court - - eastern District of tennessee

Monica Schulmann

———--against ————

Complaint

Robert J. Conrad, Eric Komitee,

Margo K. Brodie, Laura Taylor Swain, Pamela K. Chen, Tammi M. Hellwig,

Brenda K. Sannes, John M. Domurad, Brenna B. Mahoney, Edward A. Friedland

Certain Defendants have extramarital affairs, such affair though not publicized but have been overheard by many,

A reprimand should be ordered immediately.

By Monica Schulmann